**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Kathleen G. Brofman          )   Chapter 13
                                      )
                   Debtor             )   No. 15-18449-SR
                                      )
                                      )

**CERTIFICATION OF NO OBJECTION**

    I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

                                                <u>/s/David M. Offen</u>
                                                David M. Offen
                                                Attorney for Debtor