United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathleen G. Brofman  
      Debtor

Case No. 15-18449-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Aug 10, 2016  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.  
db          +Kathleen G. Brofman,   3153 Friendship Street,   Philadelphia, PA 19149-1521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:  
        ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,  
         RA-occbankruptcy6@state.pa.us  
        DAVID M. OFFEN    on behalf of Debtor Kathleen G. Brofman dmo160west@gmail.com,  
         davidoffenecf@gmail.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...  
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                      TOTAL: 6

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Kathleen G. Brofman ) Chapter 13
)
Debtor ) 15-18449-SR
)
)

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,500.00 is allowed and the balance in the amount of $3,484.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available.

**August 9, 2016**
DATED:

HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Esquire, Trustee

David M. Offen, Esquire