IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kathleen G. Brofman<br>xxx-xx-7420 | : | Case No. 15-18449-SR |
| Debtor | | |

**ADDENDUM TO CONFIRMED CHAPTER 13 PLAN.**

**THE CHAPTER 13 TRUSTEE SHALL PAY THE PADOR A PRIORITY CLAIM IN THE AMOUNT OF $ 1,092.07 DUE TO AN AMENDED POC FILED 06/8/2016 (claim 4-2)**

**THE CHAPTER 13 TRUSTEE SHALL PA THE PADOR A SECURED CLAIM IN THE AMOUNT OF $1,462.11 DUE TO AN AMENDED POC FILED 06/08/2016 (claim 4-2)**

/s/ David M. Offen
David M. Offen
601 Walnut Street
The Curtis Center
Suite 160W
Philadelphia, PA 19106