United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathleen G. Brofman  
Debtor

Case No. 15-18449-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 2    Date Rcvd: Mar 29, 2017  
Form ID: pdf900    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
```
db              +Kathleen G. Brofman,    3153 Friendship Street,    Philadelphia, PA 19149-1521
13637804         Accounts Recovery Bureau, Inc.,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13637805       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
13660845         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13637807       +Ccs/First National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13637808       +Charles I. Turner, Esq.,    38 E. Ridgewood Ave., #395,    Ridgewood, NJ 07450-3808
13637809        Commonwealth of Pennsylvania,    Bureau of Compliance,    Dept. 280948,
                 Harrisburg, PA 17128-0948
13637810       +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13637811        Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
13637814       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13637815        Linebarger Goggan Blair & Sampson, LLP,    PO Box 90128,    Harrisburg, PA 17109-0128
13637816       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13637818       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13637820       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
13637821        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
13722352        U.S. Department of Education,    PO Box 16448,    St. Paul, MN  55116-0448
13719526        US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
13637822        United Credit Specialists,    38 E. Ridgeway Avenue, #395,    Ridgewood, NJ 07450
13734717       +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:27    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2017 02:08:14    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13656437       +E-mail/Text: bnc@atlasacq.com Mar 30 2017 02:07:35    Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13637806        E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Mar 30 2017 02:07:33    Cash Net USA.com,
                 PO Box 06230,    Chicago, IL 60606-0230
13637812       +E-mail/Text: bankruptcy@affglo.com Mar 30 2017 02:08:05    Global Credit & Collection Corp.,
                 5440 N. Cumberland Avenue, STE 300,    Chicago, IL 60656-1486
13637813        E-mail/Text: cio.bncmail@irs.gov Mar 30 2017 02:07:42    Internal Revenue Service,
                 Attn:  Special Procedures,    P.O. Box 12051,    Philadelphia, PA 19105
13637817       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2017 02:08:04    Midland Credit Management,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13637819        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 02:19:45
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,    Norfolk, VA 23502
13662587        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2017 02:07:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             US Department of Education,    P O Box 16448,    Saint Paul, MN  55116-0448
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2             Date Rcvd: Mar 29, 2017
                              Form ID: pdf900           Total Noticed: 28
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Kathleen G. Brofman dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

KATHLEEN G. BROFMAN
                                                          : Bankruptcy No. 15-18449SR
    Debtor(s)                                             : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 29, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

KATHLEEN G. BROFMAN
3153 FRIENDSHIP STREET
PHILADELPHIA,PA.19149